UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:12CR369 JCH (NAB) |
| | ) | |
| REGINALD B. WILLIAMS, | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

This matter is before the Court on Defendant's Motion to Suppress Evidence and Motion to Suppress Statements. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Nanette A. Baker, who filed a Report and Recommendation on June 11, 2013. (ECF No. 63). Defendant Reginald B. Williams submitted his objections thereto on June 25, 2013. (ECF No. 65).

In her Report and Recommendation, Magistrate Judge Baker recommends that Defendant's motions be denied. After de novo review of the entire record in this matter, this Court adopts the Magistrate Judge's recommendation that Defendant's motions be denied.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (ECF No. 63) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence and Motion to Suppress Statements (ECF Nos. 45, 46) are **DENIED**.

Dated this 26th day of June, 2013.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE