UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. S1-4:12CR00369 JCH |
| ) | |
| REGINALD BERNARD WILLIAMS, ) | |
| a/k/a "BRANDON," "CHICAGO" ) | |
| and "REGGIE," ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S MOTION TO EXTEND TIME TO REPLY

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, Richard G. Callahan, and Jennifer A. Winfield, Assistant United States Attorney, for said district, and respectfully requests that the Government be granted an extension of time to reply to defendant's response to Government's Motion for Restitution in this matter.

Wherefore, the government respectfully requests an additional seven days (7) from today's date to reply to the defendant's response regarding restitution.

Respectfully submitted,
RICHARD G. CALLAHAN
United States Attorney

   /s/ Jennifer A. Winfield
JENNIFER A. WINFIELD #53350MO
Assistant United States Attorney
111 South 10th Street, Rm. 20.333
St. Louis, Missouri 63102
(314) 539-2200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 9, 2014, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Nanci McCarthy, attorney for defendant Reginald Williams.

                                                /s/ Jennifer A. Winfield
                                      JENNIFER A. WINFIELD #53350MO