UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )| |
|    Plaintiff,   ) | |
| ) | |
| v.   ) | No. S1-4:12CR00369 JCH |
| ) | FILED UNDER SEAL |
| REGINALD BERNARD WILLIAMS,   ) | |
| a/k/a "BRANDON," "CHICAGO"   ) | |
| and "REGGIE,"   ) | |
| ) | |
| ) | |
|    Defendant.   ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTION TO GOVERNMENT'S REQUEST FOR RESTITUTION

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, Richard G. Callahan, and Jennifer A. Winfield, Assistant United States Attorney, for said district, and files its Reply to Defendant's Objection to Government's Request for Restitution.

The Government hereby requests an opportunity to provide documentation of loss regarding the victim's need for future counseling and vocational services. Therefore, pursuant to Title 18 U.S.C. § 3664(d)(5), the Government requests the Court to leave open the issue of restitution until November 10, 2014 for the Government to provide the amount of loss sustained

by the victims. Dolan v. United States, 560 U.S. 605, 130 S. Ct. 2533, 2539, 177 L.Ed.2d 108 (2010).

        Respectfully submitted,

        RICHARD G. CALLAHAN
        United States Attorney

        /s/ Jennifer A. Winfield
        JENNIFER A. WINFIELD #53350MO
        Assistant United States Attorney
        111 South 10th Street, Rm. 20.333
        St. Louis, Missouri 63102
        (314) 539-2200

## CERTIFICATE OF SERVICE

    I hereby certify that on September 22, 2014, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Nanci McCarthy, attorney for defendant Reginald Williams.

        /s/ Jennifer A. Winfield
        JENNIFER A. WINFIELD #53350MO