# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-2949

United States of America

Appellee

v.

Reginald Bernard Williams

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:12-cr-00369-JCH-1)
_____

**ORDER**

On the court's own motion, this case is held in abeyance pending a ruling by the district court on the issue of restitution.  Appellant's motion for extension of time to file the brief is denied as moot.

October 14, 2014

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans