# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | No. S1-4:12CR00369 JCH |
| ) | |
| REGINALD BERNARD WILLIAMS,  ) | |
| a/k/a "BRANDON," "CHICAGO"  ) | |
| and "REGGIE,"  ) | |
| ) | |
| ) | |
| Defendant.  ) | |

## GOVERNMENT'S NOTICE REGARDING GOVERNMENT'S REQUEST FOR RESTITUTION

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, Richard G. Callahan, and Jennifer A. Winfield, Assistant United States Attorney, for said district, and hereby informs the Court that representatives from the Federal Bureau of Investigation have been unable to ascertain any additional information in reference to the Government's request for restitution in this matter.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

   /s/ Jennifer A. Winfield
JENNIFER A. WINFIELD #53350MO
Assistant United States Attorney
111 South 10th Street, Rm. 20.333
St. Louis, Missouri 63102
(314) 539-2200

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 17, 2014, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Nanci McCarthy, attorney for defendant Reginald Williams.

                                                                 /s/ Jennifer A. Winfield
                                            JENNIFER A. WINFIELD #53350MO