# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-2949

United States of America

Appellee

v.

Reginald Bernard Williams

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:12-cr-00369-JCH-1)
_____

**ORDER**

The district court has addressed the issue of restitution. Accordingly, the briefing schedule is reinstated. The following briefing schedule is established: Brief of Appellant Reginald Bernard Williams due 12/24/2014.

December 03, 2014

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans