# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 14-2949
_____

United States of America

Plaintiff - Appellee

v.

Reginald Bernard Williams

Defendant - Appellant

------------------------------------------------------------------------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:12-cr-00369-JCH-1)

------------------------------------------------------------------------

**JUDGMENT**

Before GRUENDER, BEAM and BENTON, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

July 20, 2015

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans