FILED
JUN 16 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

RECEIVED
JUN 16 2016
BY MAIL

4:12CR 369-JCH

Dear, Honorable Judge Jean C. Hamilton My Name is Reginald B. Williams Jr. I'm writing you once again to inform you about the court appointed Public Defender Nanci McCarthy that was assigned to my case after I informed my previous attorney Gaylord Williams that he was misrepresenting me and withdrawn from my case after my trial. To which Nanci McCarthy took over my sentence and my appeal, Before Ms. McCarthy filed for my appeal I informed her of the most critical issues to raise on my appeal with the documents that I have to show proof of the arguments at question. To which she failed to raise on my appeal, while I was in Fci-Texarkana Prison Ms. McCarthy was very hard to reach on the phone for months so that I can go over all the issues to be raise before she submit the appeal. I left her alot of messages, Even my family tried many times to contact her and even went to her office several times to meet her and she was not in her office after several months trying to contact her I finally was able to speak with her to see if she raised those critical issues that we talk about after I was sentence, To which she did the opposite. I do have alot of documents to show that evidence was with-held, covered up and tampered with. Also during my speedy trial my previous attorney Gaylord Williams who I wrote you a letter about continued alot of my court dates due to the fact that the prosecutor was not giving him requested documents of my due process and Brady information, and exculpatory evidence, that Gaylord Williams did not recieve in full disclosures, I do have stacks of letters that he wrote to all of my prosecutors informing them of

the documents that was needed that took months and months to recieve some, not all of the most important documents. This is why my former attorney Gaylord Williams was not fully prepared at my hearings and at my trial. I also have copies of documents and evidence that the law enforcement and the prosecutor covered-up, and I have the document when the prosecutor lied about the witnesses, and their testimony. There was also covered up changes made to the original police reports. I also had witnesses on my behalf that was pressured by law enforcement not to come to my trial and testify, which was unfair to me. I do plan on appealing my case further to the Supreme Court, I know for a fact that I am innocent of which I was charge with and convicted of, do to the injustice to my case. My previous attorney Gaylord Williams informed me on the recorded St. louis county jail phone that I was not going to be convicted of all the charge on my case. So I am writing to inform you of these some of many issues regarding my case. Thank You for your Time and attention.